PROB 35  
(Rev. 4/81)

Report and Order Vacating Violation of  
Supervised Release Warrant/Order to Dismiss Violation of Supervised Release

# United States District Court
## For The
## District of New Jersey

UNITED STATES OF AMERICA

v.   Crim. No.   10-00282-001

Carlos Miranda Ramos

On February 14, 2011, the above named was placed on supervised release for a period of 4 years. The supervised releasee violated the terms of his supervision and a violation of supervised release warrant was issued on April 12, 2012. On April 14, 2012, Mr. Ramos died in a vehicular accident. We are respectfully requested that the violation of supervised release petition be dismissed and the warrant be vacated due to Mr. Ramos death.

Respectfully submitted,

_____  
United States Probation Officer  
Karen L. Merrigan

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the warrant issued on April 17, 2012 be vacated.

Dated this ___8___ day of __May__, 20_12_.

_____  
United States District Judge